No. 495. BURFORD ET AL. *v.* SUN OIL CO. ET AL. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Gerald C. Mann,* Attorney General of Texas, *Ed Roy Simmons,* Assistant Attorney General, and *James P. Hart* for petitioners. *Mr. J. B. Robertson* for respondents. ▮

No. 528. HASTINGS ET AL. *v.* SELBY OIL & GAS CO. ET AL. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Gerald C. Mann,* Attorney General of Texas, *E. R. Simmons* and *James D. Smullen,* Assistant Attorneys General, and *W. Edward Lee* for petitioners. *Mr. Dan Moody* for respondents.

No. 540. MYERS, TRUSTEE, *v.* MATLEY. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Harlan L. Heward* for petitioner. *Mr. William M. Kearney* for respondent.

No. 551. EMIL, TRUSTEE IN BANKRUPTCY, *v.* HANLEY, RECEIVER. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. David Haar* for petitioner. *Mr. John P. McGrath* for respondent.

No. 582. WATERMAN STEAMSHIP CORP. *v.* JONES. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Joseph W. Henderson* and *George M. Brodhead,*